UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN L. KING, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:-09-cv-0659LJM-TAB |
| THE HOME SAVINGS & LOAN COMPANY OF YOUNGSTOWN, OHIO, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Kevin L. King, by counsel, and Defendant, The Home Savings and Loan Company of Youngstown, Ohio, by counsel, having filed with this Court their Joint Motion to Dismiss With Prejudice,

And the Court having seen, examined and considered the Joint Motion now,

HEREBY ORDERS, ADJUDGES AND DECREES:

1. Plaintiff's Complaint against Defendant is dismissed with prejudice; and

2. Defendant's counterclaim against Plaintiff is dismissed with prejudice.

Dated: 09/01/2010 .

Distribution:

Ellen M. Corcella  corcellasolutions@gmail.co
Peter A. Velde  pvelde@k-glaw.com

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

091005 / 1083348-1